# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: CHANDLER III, WALTER CHARLES | § | Case No. 11-14135 |
| CHANDLER, JENNIFER LEILANI | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS A. KRUDY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $127,482.97<br>*(without deducting any secured claims)* | Assets Exempt: $13,282.97 |
| Total Distribution to Claimants: $904.50 | Claims Discharged<br>Without Payment: $64,840.21 |
| Total Expenses of Administration: $435.41 | |

3)  Total gross receipts of $ 1,339.91 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,339.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $135,242.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 435.41 | 435.41 | 435.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,675.56 | 28,627.15 | 28,627.15 | 904.50 |
| **TOTAL DISBURSEMENTS** | $187,917.56 | $29,062.56 | $29,062.56 | $1,339.91 |

4)  This case was originally filed under Chapter 7 on November 14, 2011. The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2013            By:  /s/THOMAS A. KRUDY
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 FEDERAL/STATE TAX REFUNDS | 1224-000 | 884.04 |
| 25% OF WAGES DUE AND OWING | 1221-000 | 455.83 |
| Interest Income | 1270-000 | 0.04 |
| **TOTAL GROSS RECEIPTS** | | $1,339.91 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | WELLS FARGO BANK, N.A. | 4110-000 | 129,346.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 4210-000 | 5,896.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $135,242.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS A. KRUDY | 2100-000 | N/A | 334.98 | 334.98 | 334.98 |
| THOMAS A. KRUDY | 2200-000 | N/A | 45.25 | 45.25 | 45.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.29 | 1.29 | 1.29 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.29 | 1.29 | 1.29 |
| BANK OF AMERICA, N.A. | 2600-000 | N/A | 1.20 | 1.20 | 1.20 |
| Bank of America | 2600-000 | N/A | 0.08 | 0.08 | 0.08 |
| BANK OF AMERICA | 2600-000 | N/A | 1.32 | 1.32 | 1.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $435.41 | $435.41 | $435.41 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bureaus Investment Group Portfolio No 15 LLC | 7100-000 | 956.00 | 963.14 | 963.14 | 31.49 |
| 2 | Capital One Bank (USA), N.A. by American InfoSourc | 7100-000 | 808.00 | 864.08 | 864.08 | 28.24 |
| 3 | Capital One Bank (USA), N.A. by American InfoSourc | 7100-000 | 522.00 | 585.05 | 585.05 | 19.12 |
| 4 | Wells Fargo Bank NA | 7100-000 | 4,712.00 | 4,863.90 | 4,863.90 | 158.99 |
| 5 | Sallie Mae Inc. on behalf of | 7100-000 | 6,751.00 | 18,504.86 | 18,504.86 | 604.88 |
| 6 | American InfoSource LP as agent for | 7100-000 | 1,809.00 | 1,890.05 | 1,890.05 | 61.78 |
| 7 | CAPITAL ONE, N.A. | 7200-000 | N/A | 956.07 | 956.07 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | SALLIE MAE | 7100-000 | 1,441.00 | N/A | N/A | 0.00 |
| NOTFILED | ONEMAIN FINANCIAL | 7100-000 | 7,877.00 | N/A | N/A | 0.00 |
| NOTFILED | PAYDAY LOANS OF AMERICA | 7100-000 | 1,065.00 | N/A | N/A | 0.00 |
| NOTFILED | LOAN POINT USA | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO FINANCIAL SYSTEMS, INC | 7100-000 | 753.84 | N/A | N/A | 0.00 |
| NOTFILED | NELNET LOAN SERVICES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IMC CREDIT SERVICES | 7100-000 | 55.20 | N/A | N/A | 0.00 |
| NOTFILED | STATEWIDE CREDIT | 7100-000 | 622.61 | N/A | N/A | 0.00 |
| NOTFILED | STATEWIDE CREDIT ASSN., INC. | 7100-000 | 83.50 | N/A | N/A | 0.00 |
| NOTFILED | SALLIE MAE | 7100-000 | 1,202.00 | N/A | N/A | 0.00 |
| NOTFILED | SALLIE MAE | 7100-000 | 2,774.00 | N/A | N/A | 0.00 |
| NOTFILED | WELLS FARGO FINANCIAL | 7100-000 | 6,317.37 | N/A | N/A | 0.00 |
| NOTFILED | SALLIE MAE | 7100-000 | 3,618.00 | N/A | N/A | 0.00 |
| NOTFILED | GLA COMPANY INC. | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 1,318.60 | N/A | N/A | 0.00 |
| NOTFILED | CITICARDS CBNA | 7100-000 | 732.00 | N/A | N/A | 0.00 |
| NOTFILED | HOUSEHOLD BANK NA | 7100-000 | 1,196.00 | N/A | N/A | 0.00 |
| NOTFILED | HARRIS & HARRIS, LTD. | 7100-000 | 393.00 | N/A | N/A | 0.00 |
| NOTFILED | DAVID'S BRIDAL, INC. | 7100-000 | 941.44 | N/A | N/A | 0.00 |
| NOTFILED | GE CAPITAL RETAIL BANK/GECRB | 7100-000 | 174.00 | N/A | N/A | 0.00 |
| NOTFILED | CITIFINANCIAL INC | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,675.56 | $28,627.15 | $28,627.15 | $904.50 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-14135 | **Trustee:** (340540)   THOMAS A. KRUDY |
| **Case Name:** CHANDLER III, WALTER CHARLES | **Filed (f) or Converted (c):** 11/14/11 (f) |
| CHANDLER, JENNIFER LEILANI | **§341(a) Meeting Date:** 12/16/11 |
| **Period Ending:** 02/20/13 | **Claims Bar Date:** 03/23/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | DEBTORS' RESIDENCE LOCATED AT 554 WATERFORD WAY, | 114,200.00 | 0.00 | OA | 0.00 | FA |
| 2 | PNC CHECKING ACCOUNT | 116.97 | 0.00 | OA | 0.00 | FA |
| 3 | TELEVISIONS | 500.00 | 0.00 | OA | 0.00 | FA |
| 4 | REFRIGERATOR | 400.00 | 0.00 | OA | 0.00 | FA |
| 5 | DISHWASHER | 100.00 | 0.00 | OA | 0.00 | FA |
| 6 | STOVE | 100.00 | 0.00 | OA | 0.00 | FA |
| 7 | WASHER/DRYER | 300.00 | 0.00 | OA | 0.00 | FA |
| 8 | VACUUM CLEANER | 200.00 | 0.00 | OA | 0.00 | FA |
| 9 | OLD HOME BUILT DESKTOP COMPUTER AND OLD DELL LAP | 300.00 | 0.00 | OA | 0.00 | FA |
| 10 | DVD PLAYERS AND DVDS | 450.00 | 0.00 | OA | 0.00 | FA |
| 11 | VIDEO STATION AND GAMES | 100.00 | 0.00 | OA | 0.00 | FA |
| 12 | CDS | 20.00 | 0.00 | OA | 0.00 | FA |
| 13 | DINING ROOM FURNITURE | 20.00 | 0.00 | OA | 0.00 | FA |
| 14 | LIVING ROOM FURNITURE | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | BEDROOM FURNITURE | 100.00 | 0.00 | OA | 0.00 | FA |
| 16 | MISCELLANEOUS COINS IN SAFETY DEPOSIT BOX | 100.00 | 0.00 | OA | 0.00 | FA |
| 17 | CLOTHES | 200.00 | 0.00 | OA | 0.00 | FA |
| 18 | WEDDING RINGS | 500.00 | 0.00 | OA | 0.00 | FA |
| 19 | REMINGTON 870 SHOTGUN | 450.00 | 0.00 | OA | 0.00 | FA |
| 20 | PRINCIPAL FINANCIAL GROUP 401K | 2,561.00 | 0.00 | OA | 0.00 | FA |
| 21 | 2007 DODGE CARAVAN; 110,000 | 4,840.00 | 0.00 | OA | 0.00 | FA |
| 22 | PONTIAC GRAND PRIX; 200,000 MILES | 1,905.00 | 0.00 | OA | 0.00 | FA |
| 23 | OLD PUSH LAWN MOWER | 20.00 | 0.00 | OA | 0.00 | FA |
| 24 | 2011 FEDERAL/STATE TAX REFUNDS  (u)<br>REQUESTED TAX INTERCEPT FORM ON 12/15/11. | 0.00 | 884.04 | | 884.04 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 11-14135 | Trustee: | (340540) | THOMAS A. KRUDY |
| Case Name: | CHANDLER III, WALTER CHARLES | Filed (f) or Converted (c): | 11/14/11 (f) | |
| | CHANDLER, JENNIFER LEILANI | §341(a) Meeting Date: | 12/16/11 | |
| Period Ending: 02/20/13 | | Claims Bar Date: | 03/23/12 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25 | 25% OF WAGES DUE AND OWING  (u) | 0.00 | 455.83 | | 455.83 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.04 | FA |
| **26** | **Assets**  Totals (Excluding unknown values) | **$127,482.97** | **$1,339.87** | | **$1,339.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

4/3/12 REQUESTED DOCUMENTS FROM DEBTOR TO DETERMINE AMOUNT OWED TO ESTATE

APPEARANCE FOR PDG WAS FILED ON 12/22/11.  NOTICE OF POSSIBLE ASSETS WAS FILED ON 12/22/11.  MOTION FOR TURNOVER WAS FILED ON 7/9/12.  ORDER ON THE MOTION FOR TURNOVER WAS UPLOADED ON 7/9/12.  ORDER ON THE MOTION FOR TURNOVER WAS SIGNED ON 8/2/12.  APPLICATION FOR TRUSTEE'S COMPENSATION WAS FILED ON 11/8/12.  ORDER ON TRUSTEE'S APPLICATION OR COMPENSATION WAS UPLOADED ON 11/8/12.  ORDER ON THE TRUSTEE'S APPLICATION FOR COMPENSATION WAS SIGNED ON 11/13/12.

| Initial Projected Date Of Final Report (TFR): | June 30, 2012 | Current Projected Date Of Final Report (TFR): | October 31, 2012  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-14135 |
| Case Name: | CHANDLER III, WALTER CHARLES |
| | CHANDLER, JENNIFER LEILANI |
| Taxpayer ID #: | **-***0096 |
| Period Ending: | 02/20/13 |

| | |
|---|---|
| Trustee: | THOMAS A. KRUDY (340540) |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account: | ********66 - Money Market Account |
| Blanket Bond: | $80,333,391.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/12 | | U S TREASURY | TAX REFUND PAYMENT/AR | | 1,014.00 | | 1,014.00 |
| | {24} | | | 884.04 | 1224-000 | | 1,014.00 |
| | {25} | | | 129.96 | 1221-000 | | 1,014.00 |
| 04/30/12 | Int | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 1,014.01 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.29 | 1,012.72 |
| 05/31/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,012.73 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.29 | 1,011.44 |
| 06/29/12 | Int | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,011.45 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1.20 | 1,010.25 |
| 07/31/12 | Int | BANK OF AMERICA, N.A. | Interest Earned | 1270-000 | 0.01 | | 1,010.26 |
| 07/31/12 | | BANK OF AMERICA | Bank and Technology Fee | 2600-000 | | 1.32 | 1,008.94 |
| 08/03/12 | | Bank of America | Bank and Technology Services Fees | 2600-000 | | 0.08 | 1,008.86 |
| 08/03/12 | | Bank of America | Transfer to The Bank of New York Mellon | 9999-000 | | 1,008.86 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 1,014.04 | 1,014.04 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,008.86 | |
| Subtotal | 1,014.04 | 5.18 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,014.04 | $5.18 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 11-14135
Case Name: CHANDLER III, WALTER CHARLES
               CHANDLER, JENNIFER LEILANI
Taxpayer ID #: **-***0096
Period Ending: 02/20/13

Trustee: THOMAS A. KRUDY (340540)
Bank Name: Rabobank, N.A.
Account: ****187666 - Checking Account
Blanket Bond: $80,333,391.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-14135 | Trustee: | THOMAS A. KRUDY (340540) |
|---|---|---|---|
| Case Name: | CHANDLER III, WALTER CHARLES | Bank Name: | The Bank of New York Mellon |
| | CHANDLER, JENNIFER LEILANI | Account: | 9200-******70-66 - Checking Account |
| Taxpayer ID #: | **-***0096 | Blanket Bond: | $80,333,391.00  (per case limit) |
| Period Ending: | 02/20/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/03/12 | | The Bank of New York Mellon | Transfer from Bank of America | 9999-000 | 1,008.86 | | 1,008.86 |
| 08/08/12 | {25} | Jennifer L. & Walter C. Chandler | Asset Turnover | 1221-000 | 325.87 | | 1,334.73 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,309.73 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,284.73 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,259.73 |
| 11/01/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 1,284.73 |
| 11/14/12 | 101 | THOMAS A. KRUDY | Dividend paid 100.00% on $45.25, Trustee Expenses;  Reference: | 2200-000 | | 45.25 | 1,239.48 |
| 11/14/12 | 102 | THOMAS A. KRUDY | Dividend paid 100.00% on $334.98, Trustee Compensation;  Reference: | 2100-000 | | 334.98 | 904.50 |
| 11/14/12 | 103 | Bureaus Investment Group Portfolio No 15 LLC | Dividend paid  3.26% on $963.14; Claim# 1; Filed: $963.14; Reference: | 7100-000 | | 31.49 | 873.01 |
| 11/14/12 | 104 | Capital One Bank (USA), N.A. by American InfoSourc | Dividend paid  3.26% on $864.08; Claim# 2; Filed: $864.08; Reference: | 7100-000 | | 28.24 | 844.77 |
| 11/14/12 | 105 | Capital One Bank (USA), N.A. by American InfoSourc | Dividend paid  3.26% on $585.05; Claim# 3; Filed: $585.05; Reference: | 7100-000 | | 19.12 | 825.65 |
| 11/14/12 | 106 | Wells Fargo Bank NA | Dividend paid  3.26% on $4,863.90; Claim# 4; Filed: $4,863.90; Reference: | 7100-000 | | 158.99 | 666.66 |
| 11/14/12 | 107 | Sallie Mae Inc. on behalf of | Dividend paid  3.26% on $18,504.86; Claim# 5; Filed: $18,504.86; Reference: | 7100-000 | | 604.88 | 61.78 |
| 11/14/12 | 108 | American InfoSource LP as agent for | Dividend paid  3.26% on $1,890.05; Claim# 6; Filed: $1,890.05; Reference: | 7100-000 | | 61.78 | 0.00 |
| 12/05/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 25.00 |
| 12/06/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 0.00 |

|  |  | ACCOUNT TOTALS | 1,334.73 | 1,334.73 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 1,008.86 | 0.00 | |
|  |  | **Subtotal** | 325.87 | 1,334.73 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | NET Receipts / Disbursements | $325.87 | $1,334.73 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-14135 |
| Case Name: | CHANDLER III, WALTER CHARLES |
| | CHANDLER, JENNIFER LEILANI |
| Taxpayer ID #: | **-***0096 |
| Period Ending: | 02/20/13 |

| | |
|---|---|
| Trustee: | THOMAS A. KRUDY (340540) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******70-66 - Checking Account |
| Blanket Bond: | $80,333,391.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ********66** | 1,014.04 | 5.18 | 0.00 |
| **Checking # ****187666** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******70-66** | 325.87 | 1,334.73 | 0.00 |
| | $1,339.91 | $1,339.91 | $0.00 |